**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**THE PARISH OF CAMERON**                    **CIVIL ACTION: 2:18-cv-00685**

**VERSUS**                                    **JUDGE: UNASSIGNED**

**BAY COQUILLE INC., et al.**                 **MAGISTRATE: KATHLEEN KAY**

**NOTICE OF RE-FILED CASE**

Dear Judges Drell, Hicks and Doughty:

We represent the plaintiffs in the above captioned case which has been removed to this Court. I am writing to call this Court's attention to the fact that this case is the very same case that was previously removed to this Court and remanded by Judge Doughty under Docket No. 2:16-cv-00541-TAD-KK. In other words, as noted on the attachment to the Civil Cover Sheet (Doc. 1-61) in the above captioned matter, this is a re-filed case.  It is our understanding the practice of the Western District is to assign re-filed cases to the Judge previously assigned to such cases.  Pursuant to this practice, this case would have been assigned to Judge Doughty.

With kindest regards I am,

Yours very truly,

TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

Donald T. Carmouche, Bar #2226
Victor L. Marcello, Bar # 9252
John H. Carmouche, Bar #22294
William R. Coenen, III, Bar #27410
Brian T. Carmouche, Bar #30430
Todd J. Wimberley, Bar #34862
Ross J. Donnes, Bar #33098
D. Adele Owen, Bar #21001
Leah C. Poole, Bar #35092
Christopher D. Martin, Bar #30613


Chad E. Mudd, Bar #25188

David Bruchhaus, Bar #24326
MUDD & BRUCHHAUS, L.L.C.
410 E. College St.
Lake Charles, LA 70605
Telephone: (337) 562-2327
Fax: (337) 562-2391


By: */s/Victor L. Marcello (9252)*

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of May, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. The foregoing has also been served electronically on all known counsel.

By: */s/Victor L. Marcello (9252)*