RECEIVED
SEP 28 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **PARISH OF CAMERON** | CIVIL ACTION NO. 2:18-00685 |
| **VERSUS** | |
| **BAY COQUILLE INC., *ET AL.*** | JUDGE DEE D. DRELL<br>MAG. JUDGE KATHLEEN KAY |

## ORDER

Considering the assignment of new judicial officers, it is

**ORDERED** that this case is transferred to the Chief Judge for reassignment.

SIGNED this 28 day of September, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT