UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| PARISH OF CAMERON ET AL | CASE NO. 2:18-CV-00685 |
| VERSUS | JUDGE SUMMERHAYS |
| BAY COQUILLE INC ET AL | MAGISTRATE JUDGE KAY |

ORDER

Presently before the court is the Joint Motion to Remand [doc. 41] filed by the Plaintiffs.

Based on the Reasons for Decision entered this day in Case Number 18-cv-677,

IT IS ORDERED THAT the Joint Motion to Remand [doc. 41] is GRANTED.

THUS DONE in Chambers on this 26th day of September, 2019.

Robert R. Summerhays
United States District Judge