

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

September 27, 2019

*Tom Stagg United States Court House*
*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101*
*318-676-4273*

Clerk of Court
Cameron Parish
119 Smith Circle Room 21
P. O. Box 549
Cameron, LA  770631-0549

Re:  Cameron Parish Cases

Dear Ms. Racca:

In confirmation of the conversation held today with Mary Bunting, Deputy Clerk, Notices of Remand in the below civil cases were transmitted to your court:

| Western District Case No. | Cameron Parish Case No. | Caption |
|---|---|---|
| 2:18-cv-00677 | 10-19582 | *Cameron et al v. Auster Oil & Gas Inc et al* |
| 2:18-cv-00679 | 10-19583 | *Cameron et al v. Brammer Engineering Inc et al* |
| 2:18-cv-00685* | 10-19573 | *Cameron et al v. Bay Coquille Inc et al* |
| 2:18-cv-00687 | 10-19576 | *Cameron v. B P America Production Co et al* |
| 2:18-cv-00689 | 10-19578 | *Cameron et al v. Anadarko E & P Onshore L L C et al* |

*Notice of remand printed but not actually mailed.

The remand of these cases does not take effect until appeal delays expire.  The above-referenced cases, along with seven (7) additional ones that are related, will be transmitted if no appeal is taken.  Please destroy any transmissions dated September 26, 2019.  If you need any additional information, please call me at 318-934-4717.

Sincerely,

TONY R. MOORE, Clerk of Court

BY: s/Trelvis Dunford
Deputy Clerk